**Order entered February 12, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01228-CV

**TEXAS SOCCER FOUNDATION, Appellant**

**V.**

**STING SOCCER FOUNDATION, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 1 7-07441**

## ORDER

Before the Court is court reporter Vielica Dobbins's February 10, 2020 request for an extension of time to file the record. Ms. Dobbins seeks an extension to February 18, 2020. As the reporter's record is not due until February 20, 2020, we **DENY** the motion as moot.

/s/ ERIN A. NOWELL
   JUSTICE